1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10
11
12
13
14
15
16

| | |
|---|---|
| ANTONIO BAGALA, #1016308 | ) ) |
| Plaintiff, | ) ) 3:12-cv-00186-LRH-VPC |
| vs. | ) ) |
| HEEGE, *et al.*, | ) ) **ORDER** |
| Defendants. | ) ) |

17     This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.   A decision on

18 plaintiff's application to proceed *in forma pauperis* remains temporarily deferred.  On May 17, 2012,

19 the court issued a Screening Order that directed that some claims may proceed, dismissed some claims

20 with prejudice and dismissed some claims with leave to amend (ECF #6).  Plaintiff was ordered to file

21 his amended complaint, if any, within thirty (30) days of that order.  More than the allotted time has

22 passed and plaintiff has not filed an amended complaint nor responded to this court's order in any

23 manner.  Accordingly, this action shall now proceed as set forth in the Screening Order dated May 17,

24 2012.

25     **IT IS THEREFORE ORDERED** that this action **shall proceed** in conformance with

26 the Screening Order dated May 17, 2012 (ECF #6).

1

2          **IT IS FURTHER ORDERED** as follows:

3     1.    A decision on the application to proceed *in forma pauperis* is **DEFERRED** at this time.

4     2.    Given the nature of the claims that the court has permitted to proceed, this action is

5           **STAYED** for ninety (90) days to allow plaintiff and defendant(s) an opportunity to settle

6           their dispute before the $350.00 filing fee is paid, an answer is filed, or the discovery

7           process begins. During this ninety-day stay period, no other pleadings or papers shall be

8           filed in this case, and the parties shall not engage in any discovery. The court will decide

9           whether this case will be referred to the court's Inmate Early Mediation Program, and the

10          court will enter a subsequent order. Regardless, on or before ninety (90) days from the

11          date this order is entered, the Office of the Attorney General shall file the report form

12          attached to this order regarding the results of the 90-day stay, even if a stipulation for

13          dismissal is entered prior the end of the 90-day stay. If the parties proceed with this

14          action, the court will then issue an order setting a date for the defendants to file an

15          answer or other response. Following the filing of an answer, the court will issue a

16          scheduling order setting discovery and dispositive motion deadlines.

17    3.    "Settlement" may or may not include payment of money damages. It also may or may

18          not include an agreement to resolve plaintiff's issues differently. A compromise

19          agreement is one in which neither party is completely satisfied with the result, but both

20          have given something up and both have obtained something in return.

21    4.    If the case does not settle, plaintiff will be required to pay the full $350.00 filing fee.

22          This fee cannot be waived. If the plaintiff is allowed to proceed *in forma pauperis,* the

23          fee will be paid in installments from his prison trust account. 28 U.S.C. § 1915(b). If

24          plaintiff is not allowed to proceed *in forma pauperis*, the $350.00 will be due

25          immediately.

26

2

5.     The Clerk shall electronically **SERVE** a copy of this order and a copy of plaintiff's complaint on the Office of the Attorney General of the State of Nevada, attention Pamela Sharp.

6.     The Attorney General's Office shall advise the court within twenty-one (21) days of the date of the entry of this order whether it will enter a limited notice of appearance on behalf of the defendants for the purpose of settlement. No defenses or objections, including lack of service, shall be waived as a result of the filing of the limited notice of appearance.

**IT IS SO ORDERED.**

DATED:   September 6, 2012.

UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
|                  , )<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>         , et al., )<br>)<br>Defendants. )<br>_____ ) | 3:00-CV-0000-_____ (_____)<br><br>**REPORT OF THE OFFICE OF THE**<br>**ATTORNEY GENERAL RE:**<br>**RESULTS OF THE 90-DAY STAY** |

**NOTE: ONLY THE OFFICE OF THE ATTORNEY GENERAL SHALL FILE THIS FORM. THE INMATE PLAINTIFF SHALL NOT FILE THIS FORM.**

On _____ [*the date of the issuance of the screening order*], the Court issued its screening order stating that it had conducted its screening pursuant to 28 U.S.C. § 1915A, and that certain specified claims in this case would proceed.  The court ordered the Office of the Attorney General of the State of Nevada to file a report ninety (90) days after the date of the entry of the court's screening order to indicate the status of the case at the end of the 90-day stay.  By filing this form, the Office of the Attorney General hereby complies.

REPORT FORM

[Identify which of the following two situations (identified in bold type) describes the case, and follow the instructions corresponding to the proper statement.]

**Situation One: Mediated Case: The case was assigned to mediation by a court-appointed mediator during the 90-day stay.** [If this statement is accurate, check **ONE** of the six statements below and fill in any additional information as required, then proceed to the signature bloc.]

_____ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have reached a settlement *(even if paperwork to memorialize the settlement remains to be completed).  (If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal.)*

_____ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have not reached a settlement.  The Office of the Attorney General therefore informs the court of its intent to proceed with this action.

4

_____ No mediation session with a court-appointed mediator was held during the 90-day stay, but the parties have nevertheless settled the case. *(If this box is checked, the parties are on notice that they must SEPARATELY file a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.)*

_____ No mediation session with a court-appointed mediator was held during the 90-day stay, but one is currently scheduled for _____ [*enter date*].

_____ No mediation session with a court-appointed mediator was held during the 90-day stay, and as of this date, no date certain has been scheduled for such a session.

_____ None of the above five statements describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

* * * * *

**Situation Two: Informal Settlement Discussions Case: The case was NOT assigned to mediation with a court-appointed mediator during the 90-day stay; rather, the parties were encouraged to engage in informal settlement negotiations**. [If this statement is accurate, check **ONE** of the four statements below and fill in any additional information as required, then proceed to the signature bloc.]

_____ The parties engaged in settlement discussions and as of this date, the parties have reached a settlement (*even if the paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.*)

_____ The parties engaged in settlement discussions and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the court of its intent to proceed with this action.

_____ The parties have not engaged in settlement discussions and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

_____ None of the above three statements fully describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

Submitted this _____ day of _____, _____ by:

Attorney Name: _____          _____
                        Print                                    Signature

Address:      _____     Phone: _____

              _____     Email: _____

              _____

5